# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No   SACV 01-937-MLG | | Date   July 16, 2004 |
| Title   Alliance Communications Technology v AT&T, Corp , | | |

Present The Honorable   Marc L Goldman, Magistrate Judge

| Terri Steele | N/A | SA04-21 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |
| Attorneys Present for Plaintiffs | | Attorneys Present for Defendants |
| William L Conti | | Kevin D Rising<br>Philip J Eskenazi |

Proceedings   Hearing on Motions in Limine

On this date, the court held a hearing on Plaintiff's five motions in limine filed March 3, 2003 For the reasons stated on the record, Plaintiff's motion numbers 1, 3 and 4 are GRANTED and motion numbers 2 and 5 are DENIED

On this date the court held a hearing on Defendant's seven motions in limine filed August 1, 2003  For the reasons stated on the record, Defendant's motion numbers 1 and 6 are GRANTED, motion numbers 2, 4, and 7 are DENIED, a decision on motion number 3 is reserved until trial, and motion number 5 is taken under submission

Initials of Preparer